UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ALFANO, DONALD ANDREW | ) | Case No. 08-03001-SQU |
| ALFANO, LAURA ANN | ) | |
| | ) | Hon. JOHN H. SQUIRES |

**APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE JOHN H. SQUIRES
      BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on February 11, 2008. On May 16, 2008, an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $1,994.75, in compensation for 5.05 hours of services performed for the period May 16, 2008 through present and reimbursement of actual expenses in the amount of $16.20.

3. A description of the nature of the services rendered by the Applicant is as follows:

PROFESSIONAL EMPLOYMENT

As required under the Bankruptcy Code, Cohen & Krol prepared and presented Trustee's Application to Employ Attorneys for the Trustee to assist her in the administration of the Estate. Cohen & Krol also employed a real estate agent on behalf of the Trustee to market the Debtors' real property. Cohen & Krol expended 2.70 hours in the activity of Professional Employment.

SALE OF ASSETS

Cohen & Krol prepared and presented Trustee's Application to Accept the Debtors' Offer to Purchase the Estate's Right, Title and Interest in their Real Property. Cohen & Krol sent a notice of the proposed sale to all creditors and obtained the requisite Court order. This sale

**EXHIBIT G**

enabled the Trustee to make a dividend to creditors. Cohen & Krol expended 2.35 hours in the activity of Sale of Assets.

    4.    Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work perform

5.    The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL/GBK200 | 5.05 | 395.00 | 1,994.75 |

    6.    Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

    7.    Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

    8.    At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $1,994.75 and reimbursement of actual and necessary expenses of $16.20 for legal services rendered in this case.

RESPECTFULLY SUBMITTED,

Date: May 10, 2011        /s/ Gina B. Krol

GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

**EXHIBIT G**