UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ALFANO, DONALD ANDREW § Case No. 08-03001 SQU
ALFANO, LAURA ANN §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/22/2011 in Courtroom 4016,
        Dupage County Courthouse
        505 N. County Farm Rd.
        Wheaton, IL 60108
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/16/2011        By: CLERK OF BANKRUPTCY COURT

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| ALFANO, DONALD ANDREW | § | Case No. 08-03001 SQU |
| ALFANO, LAURA ANN | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,025.63 |
| and approved disbursements of | $ | 71.05 |
| leaving a balance on hand of[1] | $ | 29,954.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,752.54 | $ 0.00 | $ 3,752.54 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,994.75 | $ 0.00 | $ 1,994.75 |
| Other: International Sureties Ltd. | $ 25.43 | $ 25.43 | $ 0.00 |
| Other: Cohen & Krol | $ 16.20 | $ 0.00 | $ 16.20 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,763.49 |
| Remaining Balance | | $ | 24,191.09 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,127.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Clausen Miller P.C. | $ 2,622.42 | $ 0.00 | $ 666.89 |
| 000002 | PYOD LLC its successors and assigns as assignee of | $ 8,789.19 | $ 0.00 | $ 2,235.12 |
| 000003 | LVNV Funding LLC its successors and assigns as | $ 190.84 | $ 0.00 | $ 48.53 |
| 000004 | Chase Bank USA, NA | $ 215.09 | $ 0.00 | $ 54.70 |
| 000005 | The Commercial Agency | $ 81,042.12 | $ 0.00 | $ 20,609.26 |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ 2,267.34 | $ 0.00 | $ 576.59 |
| | Total to be paid to timely general unsecured creditors | | | $ 24,191.09 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 08-03001-JHS
Donald Andrew Alfano                                                      Chapter 7
Laura Ann Alfano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vrowe                 Page 1 of 2              Date Rcvd: Jun 17, 2011
                              Form ID: pdf006             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2011.
```
db/jdb     +Donald Andrew Alfano,   Laura Ann Alfano,   1010 Navajo,   Carol Stream, IL 60188-1337
aty        +Edward C Pacilli,   1060 Lake St., Suite 100,   Hanover Park, IL 60133-5400
aty        +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
tr         +Gina B Krol,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
11940424   +Bank of America,   Po Box 26012,   Nc4-105-03-14,   Greensboro, NC 27420-6012
11940425   ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
            (address filed with court: Chase,   Attn: Credit Bureau Updates,   Po Box 15919,
             Wilmington, DE 19850)
12311027    Chase Bank USA, NA,   PO BOX 15145,   Wilmington, DE 19850-5145
11940426   +Chase- Bp,   Po Box 15298,   Wilmington, DE 19850-5298
11940427   +Citibank,   Attn: Citicorp Credit Services,   7920 Nw 110th Street,   Kansas City, MO 64153-1270
11940429   +Citibank / Sears,   P.O. Box 20363,   Kansas City, MO 64195-0363
12293372   +Clausen Miller P.C.,   c/o Diane M. Baron,   10 S. LaSalle Street, 16th Floor,
             Chicago, IL 60603-1015
11940430   +Clausen Miller PC,   10 S. LaSalle St.,   16th Floor,   Chicago, IL 60603-1015
11940433   ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
            (address filed with court: Ford Motor Credit Corporation,
             Ford Credit National Bankruptcy Center,   Po Box 537901,   Livonia, MI 48153)
11940432    Fifth Third Bank,   1850 East Paris,   Mdropso5 C/O Bankruptcy Dept,   Grand Rapids, MI 49546
11940435   +Gtwy/cbusa,   Citicards   Attn: Bankruptcy,   Po Box 20483,   Kansas City, MO 64195-0483
11940437   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
            (address filed with court: HSBC / Best Buy,   Po Box 15522,   Wilmington, DE 19850)
11940436   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
            (address filed with court: Household Bank,   Po Box 15522,   Wilmington, DE 19850)
11940439   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
            (address filed with court: Hsbc/mnrds,   Po Box 15522,   Wilmington, DE 19850)
11940438   +Hsbc/carsn,   Po Box 15521,   Wilmington, DE 19850-5521
11940440   +Hsbc/rhode,   Pob 15521,   Wilmington, DE 19850-5521
11940441   +Med Busi Bur,   1460 Renaissance D Suite 400,   Park Ridge, IL 60068-1349
11940442   +Michael Baim,   Chaet Kaplan Baim Firm,   30 N. LaSalle #1320,   Chicago, IL 60602-2590
11940443   +National City Mortgage,   Attn: Bankruptcy Dept,   3232 Newmark Dr.,   Miamisburg, OH 45342-5421
11940445   +Nbgl Carsons,   140 Industrial Dri,   Elmhurst, IL 60126-1602
11940446   +Ncb Ne Er,   4661 E Main St,   Columbus, OH 43213-3298
11940449   +Numark Credit Union,   Po Box 2729,   Joliet, IL 60434-2729
11940450   +Numark Cu,   1654 Terry Dr,   Joliet, IL 60436-9539
11940451   +O K M C,   4420 44th St Se,   Grand Rapids, MI 49512-4090
11940452   +Pnc Mortgage Servicing,   Po Box 37560,   Louisville, KY 40233-7560
11940453   +Sears,   Citi Corp Credit Services,   Po Box 20363,   Kansas City, MO 64195-0363
11940454   +The Commercial Agency,   9115 SW Oleson Road, Suite 105,   Portland, OR 97223-6876
12336567   +The Commercial Agency,   US Bank,   POB 23909,   Portland, OR 97281-3909
11940455   +Unvl/citi,   Citi Corp Credit Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
11940457   +Zenith Cu,   1900 N. Austin Ave,   Chicago, IL 60639-5010
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11940431    +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 17 2011 23:56:10      Discover Financial,
             Po Box 3025,   New Albany, OH 43054-3025
11940434    +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2011 23:58:01      GEMB / JC Penny,
             Ge Money/Attn: Bankruptcy Dept,   4125 Windward Plaza Building 300,   Alpharetta, GA 30005-8738
12293983     E-mail/Text: resurgentbknotifications@resurgent.com Jun 17 2011 22:57:10
             LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11940447    +E-mail/Text: bankrup@nicor.com Jun 17 2011 22:57:17      Nicor Gas,   1844 Ferry Road,
             Naperville, IL 60563-9600
12478067     E-mail/Text: resurgentbknotifications@resurgent.com Jun 17 2011 22:57:10
             PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
12293973     E-mail/Text: resurgentbknotifications@resurgent.com Jun 17 2011 22:57:10
             PYOD LLC its successors and assigns as assignee of,   Washington Mutual,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
11940428*   +Citibank,   Attn: Citicorp Credit Services,   7920 Nw 110th Street,   Kansas City, MO 64153-1270
11940444*   +National City Mortgage,   Attn: Bankruptcy Dept,   3232 Newmark Dr.,   Miamisburg, OH 45342-5421
11940448*   +Nicor Gas,   1844 Ferry Road,   Naperville, IL 60563-9600
11940458*   +Zenith Cu,   1900 N. Austin Ave,   Chicago, IL 60639-5010
```

```
District/off: 0752-1          User: vrowe              Page 2 of 2            Date Rcvd: Jun 17, 2011
                              Form ID: pdf006          Total Noticed: 40

11940456    ##+Washington Mutual / Providian,    Attn: Bankruptcy Dept,    Po Box 10467,
              Greenville, SC 29603-0467
                                                                            TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2011**              **Signature:**    _/s/ Joseph Speetjens_