UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                      §
                                            §
ALFANO, DONALD ANDREW                       §       Case No. 08-03001
ALFANO, LAURA ANN                           §
                                            §
            Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/GINA B. KROL_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | NCB NE |  |  |  |  |  |
|  | National City Mortgage |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | | | | | |
| | Best Buy | | | | | |
| | Chase -BP | | | | | |
| | Citibank - Sears | | | | | |
| | Citicard | | | | | |
| | Discover | | | | | |
| | Fifth Third | | | | | |
| | Ford Motor Credit | | | | | |
| | HSBC - Carsons | | | | | |
| | HSBC - Menards | | | | | |
| | HSBC - Rhodes | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Household Bank | | | | | |
| | JC Penny | | | | | |
| | Med West Anesthesia | | | | | |
| | National City Mortgage | | | | | |
| | Nbgl - Carsons | | | | | |
| | Nicor Gas | | | | | |
| | Nicor Gas | | | | | |
| | Numark CU | | | | | |
| | OKMC | | | | | |
| | PNC Mortgage Servicing | | | | | |
| | Sears | | | | | |
| | UNVL-Citi | | | | | |
| | Zenith CU | | | | | |
| 000001 | CLAUSEN MILLER P.C. | | | | | |
| 000005 | THE COMMERCIAL AGENCY | | | | | |
| 000004 | CHASE BANK USA, NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 08-03001  Doc 49  Filed 11/08/11  Entered 11/08/11 10:33:35  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT        Page: 1
Document      Page 8 of 12
ASSET CASES

Exhibit 8

| Case No: | 08-03001 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | ALFANO, DONALD ANDREW | | | | Date Filed (f) or Converted (c): | 02/11/08 (f) |
| | ALFANO, LAURA ANN | | | | 341(a) Meeting Date: | 03/25/08 |
| For Period Ending: | 11/02/11 | | | | Claims Bar Date: | 08/20/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family home 1010 Navajo St., Carol Stream, | 220,000.00 | 70,603.00 | | 30,000.00 | FA |
| 2. single family home 1010 Navajo St., Carol Stream, | 0.00 | 0.00 | | 0.00 | FA |
| 3. $25.00 US currency in debtors' possession | 0.00 | 0.00 | | 0.00 | FA |
| 4. certificate of deposit at US Bank in Glen Ellyn, I | 1,250.00 | 1,250.00 | | 0.00 | FA |
| 5. Mutual Bank checking and savings account In Carol | 50.00 | 50.00 | | 0.00 | FA |
| 6. Access Credit Union in Westchester, Illinois | 50.00 | 50.00 | | 0.00 | FA |
| 7. miscellaneous household goods and furnishings in d | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8. miscellaneous wearint apparel in debtors possessio | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9. Jefferson Pilot in possession of insurance company | 4,929.34 | 4,929.34 | | 0.00 | FA |
| 10. Jefferson Pilot in possession of insurance company | 1,747.84 | 1,747.84 | | 0.00 | FA |
| 11. Alger Fund IRA and Jackson National Life IRA | 1,542.94 | 1,542.94 | | 0.00 | FA |
| 12. Amazon.com 10 shares | 870.40 | 870.40 | | 0.00 | FA |
| 13. Array Biopharma 13 shares | 130.00 | 130.00 | | 0.00 | FA |
| 14. CMGI Inc. | 53.00 | 53.00 | | 0.00 | FA |
| 15. 2000 Ford Explorer in debtors' possession | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 16. 1997 Plymouth Neon in debtors' possession | 500.00 | 500.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 26.04 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $236,623.52   $87,226.52   $30,026.04   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted final report

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 05/31/11

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

LFORM1                                                                                   Ver: 16.04e

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-03001 -SQU | |
| Case Name: | ALFANO, DONALD ANDREW | |
| | ALFANO, LAURA ANN | |
| Taxpayer ID No: | *******2788 | |
| For Period Ending: | 11/02/11 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******9640 BofA - Money Market Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/25/08 | | Donald & Laura Alfano | Right, title and interest purchase per court order | 1110-003 | 40,000.00 | | 40,000.00 |
| * 09/25/08 | | Donald & Laura Alfano | VOID | 1110-003 | -40,000.00 | | 0.00 |
| | | | reversed to correct error in amount | | | | |
| 09/25/08 | 1 | Donald & Laura Alfano | | 1110-000 | 30,000.00 | | 30,000.00 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.61 | | 30,000.61 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.91 | | 30,003.52 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.46 | | 30,005.98 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.51 | | 30,007.49 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 30,007.74 |
| 02/17/09 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 23.36 | 29,984.38 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 29,984.61 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 29,984.87 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.66 | | 29,985.53 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.75 | | 29,986.28 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.75 | | 29,987.03 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,987.79 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,988.55 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,989.29 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,990.05 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,990.79 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,991.55 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.75 | | 29,992.30 |
| 02/09/10 | 000302 | International Sureties Ltd. | BOND | 2300-000 | | 22.26 | 29,970.04 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.69 | | 29,970.73 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.77 | | 29,971.50 |

Page Subtotals        30,017.12        45.62

UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 16.04e

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-03001 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | ALFANO, DONALD ANDREW | | Bank Name: | BANK OF AMERICA, N.A. |
| | ALFANO, LAURA ANN | | Account Number / CD #: | *******9640 BofA - Money Market Account |
| Taxpayer ID No: | *******2788 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,972.24 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,973.00 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,973.74 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,974.50 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.77 | | 29,975.27 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,976.01 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.75 | | 29,976.76 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.75 | | 29,977.51 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,978.27 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,979.03 |
| 02/07/11 | 000303 | International Sureties Ltd. | BOND | 2300-000 | | 25.43 | 29,953.60 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 29,953.83 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 29,954.08 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 29,954.32 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-002 | 0.26 | | 29,954.58 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-002 | 0.25 | | 29,954.83 |
| 07/21/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-002 | 0.16 | | 29,954.99 |
| 07/21/11 | | Transfer to Acct #*******4072 | Final Posting Transfer | 9999-000 | | 29,954.99 | 0.00 |

|  | COLUMN TOTALS | 30,026.04 | 30,026.04 | 0.00 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | 0.00 | 29,954.99 | |
| | Subtotal | 30,026.04 | 71.05 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 30,026.04 | 71.05 | |

Page Subtotals 8.92 29,980.42

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 16.04e
LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-03001 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | ALFANO, DONALD ANDREW | | Bank Name: | BANK OF AMERICA, N.A. |
| | ALFANO, LAURA ANN | | Account Number / CD #: | *******4072  BofA - Checking Account |
| Taxpayer ID No: | *******2788 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/21/11 | | Transfer from Acct #*******9640 | Transfer In From MMA Account | 9999-000 | 29,954.99 | | 29,954.99 |
| 07/21/11 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 3,752.54 | 26,202.45 |
| 07/21/11 | 003002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys fees per court order | 3110-000 | | 1,336.49 | 24,865.96 |
| 07/21/11 | 003003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Expenses per court order | 3120-000 | | 16.20 | 24,849.76 |
| 07/21/11 | 003004 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-000 | | 658.26 | 24,191.50 |
| 07/21/11 | 003005 | Clausen Miller P.C.<br>c/o Diane M. Baron<br>10 S. LaSalle Street, 16th Floor<br>Chicago, IL 60603 | Claim 000001, Payment 25.43071%<br>(1-1) Legal Services Rendered | 7100-000 | | 666.90 | 23,524.60 |
| 07/21/11 | 003006 | PYOD LLC its successors and assigns as assignee of<br>Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000002, Payment 25.43078% | 7100-900 | | 2,235.16 | 21,289.44 |
| 07/21/11 | 003007 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000003, Payment 25.42968% | 7100-900 | | 48.53 | 21,240.91 |
| 07/21/11 | 003008 | Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 25.43121% | 7100-900 | | 54.70 | 21,186.21 |
| 07/21/11 | 003009 | The Commercial Agency | Claim 000005, Payment 25.43074% | 7100-000 | | 20,609.61 | 576.60 |

Page Subtotals     29,954.99     29,378.39

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 16.04e

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 08-03001 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | ALFANO, DONALD ANDREW | | Bank Name: | BANK OF AMERICA, N.A. |
| | ALFANO, LAURA ANN | | Account Number / CD #: | *******4072  BofA - Checking Account |
| Taxpayer ID No: | *******2788 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/21/11 | 003010 | US Bank<br>POB 23909<br>Portland, OR 97281<br>PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000006, Payment 25.43068% | 7100-900 | | 576.60 | 0.00 |

|  |  | Deposits | Disbursements | Balance |
|---|---|---:|---:|---:|
| | COLUMN TOTALS | 29,954.99 | 29,954.99 | 0.00 |
| | Less: Bank Transfers/CD's | 29,954.99 | 0.00 | |
| | Subtotal | 0.00 | 29,954.99 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 29,954.99 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********9640 | 30,026.04 | 71.05 | 0.00 |
| BofA - Checking Account - ********4072 | 0.00 | 29,954.99 | 0.00 |
| | 30,026.04 | 30,026.04 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     576.60

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.04e

LFORM24